AO91 (Rev. 12/03) Criminal Complaint AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:15-po-02985

Pedro GOMEZ-Cruz
IAE A205 163 397
Mexico 1992

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 22, 2015** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

**Pedro GOMEZ-Cruz was encountered by Border Patrol Agents near Rio Grande City, Texas on May 22, 2015. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on May 22, 2015 by rafting across the Rio Grande River near the Rio Grande City, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Ibarra, Julio Border Patrol Agent
Signature of Complainant

Ibarra, Julio Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 23, 2015 at McAllen, Texas
Date City/State

Dorina Ramos U.S. Magistrate Judge
Name of Judge Title of Judge

Signature of Judge